# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANYA WALLACE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
LINDA MARIE BELL, DISTRICT
JUDGE,
Respondents,
and
THE ESTATE OF DAVID L. WALLACE;
AND SHAFFER C. SMITH,
Real Parties in Interest.

No. 70359

**FILED**

JUN 1 0 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court oral decisions granting a joint motion for a good-faith settlement determination, determining that petitioner lacked standing to amend real party in interest The Estate of David L. Wallace's complaint, and vacating a May 9, 2016, trial date in a contract action.

Having reviewed the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioner has not met her burden to demonstrate that an appeal from an adverse final judgment would not be an adequate legal remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841; *see Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686,

16-18192

688-89, 747 P.2d 1380, 1382 (1987) (noting that an oral pronouncement from the bench is not valid for any purpose and the district court remains free to reconsider its ruling before issuing a written order). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Linda Marie Bell, District Judge
David Lee Phillips & Associates
Snell & Wilmer, LLP/Las Vegas
Hutchison & Steffen, LLC
Eighth District Court Clerk